393 F.2d 936
 TRIANGLE CEMENT CORP., as bareboat charterer, and Hughes
Bulk, Inc., as owner of the BARGE N. L. WALLACE,
Plaintiffs-Appellants,
v.
The TOWBOATS CINCINNATI and TURECAMO BOYS, their engines,
boilers, tackle, apparel, etc., and The Pennsylvania
Railroad Company, D T B Corp., Vincent C. Turecamo, Inc., B.
Turecamo Towing Corp., and Turecamo Coastal & Harbor Towing
Corp., Defendants-Appellees.
 No. 436, Docket 32038.
 United States Court of Appeals Second Circuit.
 Argued April 23, 1968.
Decided May 3, 1968.
 
 William Warner, New York City (Symmers, Fish & Warner, New York City, on the brief), for appellants.
 Kenneth H. Volk, New York City (Burlingham, Underwood, Wright, White & Lord, New York City, on the brief), for appellees Pennsylvania Railroad and D T B Corp.
 Edward J. Ryan, New York City (Martin, Ryan & Reardon and James S. Reardon, New York City, on the brief), for appellees Vincent C. Turecamo, Inc., B. Turecamo Towing Corp., and Turecamo Coastal & Harbor Towing Corp.
 Before HAYS, ANDERSON and FEINBERG, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment is affirmed on the findings, conclusions and opinions of Judge Bonsal in the District Court, reported at 280 F.Supp. 73 (S.D.N.Y.1967).